## STATE OF MARYLAND v. DENNIS EUGENE PRYBA

[No. 18, September Term, 1978.]

*Decided October 9, 1978.*

The cause was argued before MURPHY, C. J., and SMITH, DIGGES, ELDRIDGE, ORTH and COLE, JJ.

*F. Todd Taylor, Jr., Assistant Attorney General,* with whom were *Francis B. Burch, Attorney General, David H. Feldman* and *Robert A. Zarnoch, Assistant Attorneys General,* on the brief, for appellant.

*Stanley M. Dietz* for appellee.

## O R D E R

The petition for writ of certiorari having been granted and heard, it is this 9th day of October, 1978

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, petition having been improvidently granted.